

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2021

No. 04-20-00409-CV

City of **DEL RIO**,
Appellant

v.

Henry **ARREDONDO**,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2020-0073-CIV
Honorable Robert Cadena, Judge Presiding

## O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice
             Lori I. Valenzuela, Justice

Appellant's motion for en banc reconsideration is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court